**GARY R. STICKELL,**
**Attorney at Law, P.C.**
301 E. Bethany Home Road, Suite B100
Phoenix, Arizona 85012
(602) 266-2622

Gary R. Stickell
AZ Bar #007512
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>**NICHOLAS JOSEPH KLEINBERG**,<br>　　　　Debtor.<br>Mortgage Electronic Registration Systems, Inc. as nominee for Aurora Loan Services, Inc.<br>　　　　Movant,<br>　　vs.<br>Nicholas Joseph Kleinberg, Debtor; Trustee.<br>　　　　Respondents. | Chapter 13 Proceeding<br>No.2:05-bk-25630 GBN<br><br>**OBJECTION TO NOTICE OF DEFAULT**<br><br>RE: Real Property Located at<br>19815 N. 129th Drive<br>Sun City West, AZ 85375 |

　　Debtor, by and through his attorney undersigned, hereby OBJECTS to the Notice of Default filed on August 31, 2009 for the reason that he is not in default. It is Movant's faulty accounting that is at fault. Debtor's counsel requests reimbursement of his time from Movant in having to file this Objection and to appear at hearing in this matter in a sum no less than $350.

　　Specifically, as to the allege defaults, Debtors avers the following and attaches support documentation as Exhibit 1.

　　(1) Debtor submitted the July 1, 2009 - August 1, 2009 payments by mailing directly to Aurora Loan Services, copies for same are attached.

　　(2) The original agreement for payments on arrears was six monthly payments of $756.79, totaling $4540.74.

- 1 -

1    (3) The February 15 payment for $756.79 was mailed USPS certified, received
2 and cashed on February 26, 2009, copies for same are attached.
3    (4) The March 15 payment for $756.79 was mailed USPS certified, received and
4 cashed, copies for same are attached.
5    (5) The April 15 payment for $669.00 was mailed USPS certified, received and
6 cashed, copies for same are attached.
7    (6) Debtor made payments of $756.79 for a period of four months, December
8 2008, January, February and March 2009 for a total of $3027.16. Per the stipulation
9 entered July 20, 2009, the arrearages were reduced to $4014.04 and the monthly
10 payment was reduced to $669. Debtor sent an additional payment of $669 for April,
11 2009. Leaving a balance of $318.08, which was paid by check number 1037, a copy of
12 which is attached.
13    Therefore, Debtor is not in default on the stipulated payments and his post-
14 petition payments. Debtor's counsel should be awarded $350 in fees.

DATED:  September 18, 2009

GARY R. STICKELL,
ATTORNEY AT LAW, P.C.

By:  G.R.S. #7512
    Gary R. Stickell
    301 E. Bethany Home Road
    Suite #B100
    Phoenix, Arizona  85012
    Attorney for Debtor

Original Electronically
filed September 18, 2009

Copies of the foregoing
mailed September 18, 2009
to:

Mark S. Bosco
Tiffany & Bosco, P.A.
2525 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Attorney for Movant

1  Edward J. Maney
   Chapter 13 Trustee
2  P.O. Box 10434
   Phoenix, Arizona 85064-0434
3
4  by: G.R.S. #7512