U.S. POSTAL SERVICE **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE — POSTMASTER

Received From:

Nicholas Kleinberg
19815 N. 129th Drive
SCW 85375

One piece of ordinary mail addressed to:

Aurora Loan
P.O. Box 173930
Denver CO 80217

PS Form 3817, Mar. 1989

neopost

$ 01.150
06/13/2009
Mailed From 85375
US POSTAGE
049J82038386

ps
nd
of
nt

NICHOLAS J KLEINBERG
19815 N 129TH DRIVE
SUN CITY WEST, AZ 85375

JUNE PAYMENT

1032

91-8449/3221

June 12, 09
Date

Pay to the Order of Aurora Loan Services $ 1029.08

One Thousand Twenty Nine and 08/100 Dollars

SUN COUNTRY CREDIT UNION
19436 R.H. JOHNSON BLVD.
SUN CITY WEST, AZ 85375

For 0074224091

⑆322184497⑆ 1032

Nicholas Kleinberg
19815 N. 129th Dr.
Sun City West, AZ 85375-3229

THE AMERICAN GRADUATE SCHOOL
OF INTERNATIONAL MANAGEMENT
*International Health Management*
Glendale, AZ 85306-6011 USA

Aurora Loan Services
P.O. Box 173930
Denver C.O
80217-3930

NICHOLAS J KLEINBERG
19815 N 129TH DRIVE
SUN CITY WEST, AZ 85375

X JUNE PAYMENT

1032

91-8449/3221

(BK) #MC

June 12 09
Date

JUN 23 2009

Pay to the Order of Aurora Loan Services $ 1029.08

One Thousand Twenty Nine and 08/100 Dollars

Security Features Details on Back

#0014224091 Note: Stay Lifted

JUN 17 2009

SUN COUNTRY
19436 R H JOHNSON BLVD
SUN CITY WEST, AZ 85375

For 0014224091

[signature] MP

⑆322184497⑆ 1032⑈ [REDACTED]

Harland Clarke

Credited to Acct
153910069894   0925092102
Return Acct 153910069894

# 1036
July 09
payment

NICHOLAS [illegible]

For 0014224091

⑆322184497⑆1036⑈

Aurora Loan Service
P.O. Box 173930
Denver, CO
80217-3930

**NICHOLAS J KLEINBERG**
19815 N 129TH DRIVE
SUN CITY WEST, AZ 85375

1036
91-8449/3221

JUL 16 2009

Date: July 12, 09

Pay to the Order of: Aurora Loan Servic

$ 1029 08

One thousand twenty nine and 08/100 Dollars

Security Features Details on Back

SUN COUNTRY
19436 R.H. JOHNSON BLVD
SUN CITY WEST, AZ 85375

JUL 16 2009

For: 0014224091

MP

⑆322184497⑆ 1036⑈ [redacted]

Harland Clarke

SUN CITY WEST, AZ 85375

1038
91-8449/3221

August 12, 09
Date

Pay to the Order of Aurora Loan Services $ 1029 08/100

One thousand twenty nine and 08/100 Dollars

Security Features Details on Back

SUN COUNTRY CREDIT UNION
19436 R.H. JOHNSON BLVD.
SUN CITY WEST, AZ 85375

For #0042240911

MP

August 09

U.S. POSTAL SERVICE

## CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE — POSTMASTER

Received From:
Nicholas J Kleinberg
19815 N. 129th Drive
SCW 85375

One piece of ordinary mail addressed to:
Aurora Loan Services
Box 173930
Denver, CO 80217
Check #1038

PS Form 3817, Mar. 1989

neopost

US POSTAGE
Mailed From 85375
08/13/2009
$01.150
049J82038386

1038
91-8449/3221

9

029 08

ITS

Security Features Details on Back

MP

⑆322184497⑆1038⑈

Harland Clarke

**NICHOLAS J KLEINBERG**
19815 N 129TH DRIVE
SUN CITY WEST, AZ 85375

**1038**

91-8449/3221

BK PNC

AUG 17 2009

Date: August 12, 09

Pay to the Order of: Aurora Loan Services

$ 1029.08

One Thousand Twenty Nine and 08/100 Dollars

Note: Stay Lifted

SUN COUNTRY 19436 R H JOHNSON BLVD SUN CITY WEST, AZ 85375

For: 0042224091

⑆322184497⑆ 1038⑈

Harland Clarke

Credited to Acct
153910069894   0819092207
Return Acct 153910069894



Nicholas Kleinberg
19815 N. 129th Dr.
Sun City West, AZ 85375-3229

CERTIFIED MAIL

7004 0550 0001 0674 4162

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE
Postage
Certified Fee
Return Reciept Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees
SUN CITY AZ STA NO 13
Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4
PS Form 3800, June 2002
See Reverse for Instructions
7004 0550 0001 0674 4162

Leonard McDonald
**Tiffany & Bosco**
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, AZ 85016-9240

NICHOLAS J KLEINBERG
19815 N 129TH DRIVE
SUN CITY WEST, AZ 85375

February Payment

1012

91-8448/3221

February 12 09
Date

Pay to the Order of Tiffany & Bosco $ 756.79

Seven Hundred Fifty Six and 79/100 Dollars

SUN COUNTRY 19436 R.H. JOHNSON BLVD. SUN CITY WEST, AZ 85375

CASE 05-25630

For T/B 06-00259 LOAN 0014224091

⑆322184497⑆1012⑈

---

NICHOLAS J KLEINBERG
19815 N 129TH DRIVE
SUN CITY WEST, AZ 85375

FEBRUARY Payment

1011

91-8449/3221

Feb 12, 09

Pay to the Order of Aurora Loan $ 1019.69

One thousand Nineteen and 69/100 Dollars

SUN COUNTRY 19436 R.H. JOHNSON BLVD. SUN CITY WEST, AZ 85375

LOAN# 0014224091 Case # 05-25630

For # 06-00259

⑆322184497⑆1011⑈

Note: Stay lifted (illegible)  1 of 2

[Name/address block redacted]
19815 N 129TH DRIVE
SUN CITY WEST, AZ 85375

FEB 2 6 2009 R

Date: Feb 12, 09

Pay to the Order of: Aurora Loan    $1019.64

One Thousand Nineteen and 64/100 ---------- Dollars

BK
TMC

SUN COUNTRY
19436 R H JOHNSON BLVD
SUN CITY WEST, AZ 85375

For: Loan # 0014224091 Case # 05-25630
     706-00259

Signature: [signature]

⑆706-00259⑆ ⑈322184497⑈ 1011

Harland Clarke

Credited to Acct
153910069894 0309092901
Return Acct 153910069894

7004 0550 0001 0674 4155

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .42 |
| Certified Fee | 2.70 |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.12 |

Postmark Here
2009

Sent To: Tiffany Bosco / Len McDonald
Street, Apt. No.; or PO Box No.: 2525 E Camelback
City, State, ZIP+4: PHX 85016

PS Form 3800 — See Reverse for Instructions

NICHOLAS J KLEINBERG
19815 N 129TH DRIVE
SUN CITY WEST, AZ 85375

March Payment

1017
91-8449/3221

March 11, 2009
Date

Pay to the Order of Tiffany Bosco $ 756.79

Seven Hundred Fifty Six and 79/100 Dollars
CASE 05-25630

SUN COUNTRY

For TB 06 00259 LOAN 0014224091

⑆322184497⑆1017⑈

NICHOLAS J KLEINBERG
N 129TH DRIVE
CITY WEST, AZ 85375

March Payment

1016
91-8449/3221

March 11, 2009
Date

Pay to the Order of Aurora Loan $ 1019 64/100

One Thousand Nineteen and 64/100 Dollars
LOAN # 0014224091 CASE 05-25630

SUN COUNTRY

For # 06-00259

⑆322184497⑆1016⑈

NICHOLAS J KLEINBERG
19815 N 129TH DRIVE
SUN CITY WEST, AZ 85375

March Payment

1017

91-8449/3221

March 11, 2009
Date

Pay to the Order of Tiffany K Bosco JUN 12 2009 $ 756.79

Seven Hundred Fifty Six and 79/100 Dollars

CASE 05-25630

Security Features Details on Back.

SUN COUNTRY 19436 R H JOHNSON BLVD SUN CITY WEST, AZ 85375

For TB 06 80259 LOAN 0014724C91

⑆322184497⑆1017

Harland Clarke

Credited to Acct
153910069894 0616092102
Return Acct 153910069894

NICHOLAS J KLEINBERG
19815 N 129TH DRIVE
SUN CITY WEST, AZ 85375

APRIL PAYMENT

1023
91-8449/3221

Date April 13, 09

Pay to the Order of Aurora / Loan McDonald $ 669.00

Six Hundred Sixty Nine ——— Dollars

T.B. 0600259 LOAN 0014224091

SUN COUNTRY 19436 R.H. JOHNSON BLVD. SUN CITY WEST, AZ 85375

For MAKEUP PAYMENT

:322184497: 1023

Harland Clarke

NICHOLAS J KLEINBERG
19815 N 129TH DRIVE
SUN CITY WEST, AZ 85375

April Payment

1024
91-8449/3221

Date April 13, 09

Pay to the Order of Aurora Loan $ 1019.64

One Thousand Nineteen and 64/100 ——— Dollars

#06-0025(?)

LOAN 0014224091

CASE 05-025630

SUN COUNTRY 19436 R.H. JOHNSON BLVD. SUN CITY WEST, AZ 85375

For April Payment

:322184497: 1024

Harland Clarke

U.S. Postal Service
CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 42 |
| Certified Fee | 270 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 312 |

Postmark Here: STA NO. APR 14 2009

Sent To McDonald

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006 — See Reverse for Instructions

7008 1140 0000 6144 2646

NICHOLAS J KLEINBERG
19815 N 129TH DRIVE
SUN CITY WEST, AZ 85375

APRIL PAYMENT

1023

91-8449/3221

K JUN 1 2 2009

April 13, 09

Date

Pay to the Order of Aurora / Loan McDonald $ 669.00

Six Hundred Sixty Nine Dollars

Security Features Details on Back

T.B 0600259 LOAN 0014224091

SUN COUNTRY CREDIT UNION 19436 R H JOHNSON BLVD SUN CITY WEST, AZ 85375

For MAKE UP PAYMENT

[signature]

MP

⑆322184497⑆1023⑈

Harland Clarke

Credited to Acct
153910069894   0616092102
Return Acct 153910069894

**NICHOLAS J KLEINBERG**
19815 N 129TH DRIVE
SUN CITY WEST, AZ 85375

FINAL PAYMENT

1037

91-8449/3221

AUG 1 9 2009

2 August 07/09

Date

Pay to the Order of Aurora Glen McDonald $318.08

Three Hundred Eighteen and 08/100 Dollars

Security Features Details on Back

SUN COUNTRY 19436 R.H JOHNSON BLVD SUN CITY WEST, AZ 85375

TB060857 Loan # 001422409

AUG 1 7 200

For Stipulation Make up payment Final.

⑆322184497⑆1037⑈

Notes: Stay lift =4

Harland Clarke

Credited to Acct
153910069894 0821092905
Return Acct 153910069894