# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | NICHOLAS JOSEPH KLEINBERG |
| **Case Number:** | 2:05-bk-25630-GBN   **Chapter:** 13 |
| **Date / Time / Room:** | FRIDAY, OCTOBER 23, 2009 09:15 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | MARCO GARCIA |

## *Matter:*

HEARING RE: NOTICE OF DEFAULT FILED BY AURORA LOAN SERVICES AND OBJECTION THERETO.

**R / M #:**   71 / 0

## *Appearances:*

GARY R. STICKELL, ATTORNEY FOR NICHOLAS JOSEPH KLEINBERG
WILLIAM M. FISCHBACH, ATTORNEY FOR AURORA LOAN SERVICES

## *Proceedings:*

MR. FISCHBACH SEEKS A CONTINUANCE.

MR. STICKELL QUESTIONS WHETHER THIRTY IS SUFFICIENT TIME FOR A REVIEW.

THE COURT: A CONTINUED HEARING IS SET FOR NOVEMBER 23, 2009 AT 1:15 P.M.