# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | NICHOLAS JOSEPH KLEINBERG |
| **Case Number:** | 2:05-bk-25630-GBN     **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 23, 2009 01:15 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

CONTINUED HEARING RE: NOTICE OF DEFAULT FILED BY AURORA LOAN SERVICES AND OBJECTION THERETO.(FR. 10-23)

**R / M #:**   71 / 0

## Appearances:

GARY R. STICKELL, ATTORNEY FOR NICHOLAS JOSEPH KLEINBERG
LEONARD J. MCDONALD, ATTORNEY FOR AURORA LOAN SERVICES

## Proceedings:

MR. MCDONALD REPORTS THAT THEY ARE STILL SHOWING THE DEBTOR OWING FOR THREE MONTHS. A CONTINUANCE IS SUGGESTED TO ALLOW MR. STICKELL AN OPPORTUNITY TO REVIEW THE RECORDS.

MR. STICKELL AGREES.

THE COURT: THIS MATTER IS CONTINUED TO JANUARY 7, 2010 AT 11:45 A.M.