# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | NICHOLAS JOSEPH KLEINBERG |
| **Case Number:** | 2:05-bk-25630-GBN  **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, FEBRUARY 08, 2010 09:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

### Matter:

CONTINUED HEARING RE: NOTICE OF DEFAULT FILED BY AURORA LOAN SERVICES AND OBJECTION THERETO.(FR. 10-23, 11-23 & 01-07)

**R / M #:**   71 / 0

### Appearances:

GARY R. STICKELL, ATTORNEY FOR NICHOLAS JOSEPH KLEINBERG
LEONARD J. MCDONALD, ATTORNEY FOR AURORA LOAN SERVICES

### Proceedings:

MR. MCDONALD INFORMS THE COURT THAT THE PARTIES STILL DO NOT HAVE A RESOLUTION. A THIRTY MINUTE FINAL HEARING IS SOUGHT.

MR. STICKELL CONCURS, STATING THAT THERE IS A DISCREPANCY WITH THE PAYMENTS.

THE COURT:  A FINAL HEARING IS SET FOR MARCH 15, 2010 AT 10:30 A.M.  NO LATER THAN MARCH 8, 2010, THE PARTIES SHALL SERVE AND FILE THEIR LIST OF WITNESSES AND AN IDENTIFICATION OF THE EXHIBITS THEY INTEND TO UTILIZE AT THE FINAL HEARING.  ANYTHING NOT SO DISCLOSED WILL NOT BE UTILIZED.