**GARY R. STICKELL,**
**Attorney at Law, P.C.**
301 E. Bethany Home Road, Suite B100
Phoenix, Arizona 85012
(602) 266-2622

Gary R. Stickell
AZ Bar #007512
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br>**NICHOLAS JOSEPH KLEINBERG,**<br>Debtor.<br><br>Mortgage Electronic Registration Systems, Inc. as nominee for Aurora Loan Services, Inc.<br>Movant,<br>vs.<br>Nicholas Joseph Kleinberg, Debtor; Trustee.<br>Respondents. | Chapter 13 Proceeding<br>No.2:05-bk-25630 GBN<br><br>**OBJECTION TO NOTICE OF DEFAULT**<br><br>RE: Real Property Located at<br>19815 N. 129th Drive<br>Sun City West, AZ 85375<br><br>Hearing on Notice of Default of August 31, 2009 on Monday, March 15, 2010 at 10:30 a.m. |

Debtor, by and through his attorney undersigned, hereby OBJECTS to the Notice of Default filed on March 9, 2010 for the reasons: (1) it does not state the default[1]; and (2) Movant has wrongly refused Debtor's payment for February 2010.  The issue of Debtor's prior alleged default is set for hearing on Monday, March 15, 2010 at 10:30 a.m.

Debtor's counsel requests reimbursement of his time from Movant in having to file this Objection and to appear at hearing in this matter in a sum no less than $350.

---

[1]The Notice of Default solely alleges: "Mortgage Electronic Registration Systems, Inc. as nominee for Aurora Loan Services, Inc., its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging Exparte Order Terminating the Automatic Stay for Failure to Cure Pursuant to the Terms of the Adequate Protection Order, a copy of which is attached hereto as Exhibit "A"."

- 1 -

DATED: March 9, 2010

                    GARY R. STICKELL,
                    ATTORNEY AT LAW, P.C.

By:  G.R.S. #7512
     Gary R. Stickell
     301 E. Bethany Home Road
     Suite #B100
     Phoenix, Arizona 85012
     Attorney for Debtor

Original Electronically
filed March 9, 2010

Copies of the foregoing
mailed March 9, 2010
to:

Mark S. Bosco
Tiffany & Bosco, P.A.
2525 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Attorney for Movant

Edward J. Maney
Chapter 13 Trustee
P.O. Box 10434
Phoenix, Arizona 85064-0434

by: G.R.S. #7512