**GARY R. STICKELL,**
**Attorney at Law, P.C.**
301 E. Bethany Home Road, Suite B100
Phoenix, Arizona 85012
(602) 266-2622

Gary R. Stickell
AZ Bar #007512
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br> **NICHOLAS JOSEPH KLEINBERG**, <br>     Debtor. <br> Aurora Loan Services, <br>     Movant, <br> vs. <br> Nicholas Joseph Kleinberg, Debtor; <br> Edward J. Maney, Trustee. <br>     Respondents. | Chapter 13 Proceeding <br><br> No.2:05-bk-25630 GBN <br><br> **LIST OF WITNESSES AND EXHIBITS** <br><br> RE: Real Property Located at <br> 19815 N. 129th Drive <br> Sun City West, AZ 85375 <br><br> Final Hearing Set for January 21, 2011 at 1:30p.m. |

Debtor, **NICHOLAS JOSEPH KLEINBERG,** provides the following list of witnesses and exhibits which may be used at the evidentiary hearing in this matter.

**WITNESSES:**

1. Nicholas Joseph Kleinberg.
2. Any Witness listed by Movant

**B.  EXHIBITS**

1. Table showing Debtor's payments since December 1, 2008
2. Copies of checks from February 2009 through December 2010 with proof of negotiation by Aurora.
3. Copies of certified checks: Check # 042423633, $1,019.00; Check #

- 1 -

| | |
|---|---|
|  | 042423632, $1,019.00; Check # 042423634, $1,019.00; Check # 042423995, $1,019.00; Check # 042423994, $1,019.00; Check # 042423993, $1,019.00; Check # 042423992, $1,019.00 and Check # 042423991, $1,019.00. |
| 4. | Copies of certified checks: Check # 100016255, $1,019.64; Check # 100016258, $1,019.64; Check # 100016256, $ 756.74; Check # 100016259, $ 756.74 |
| 5. | Copies of checks ## 100, 102, 1006 and 1007 and proof of mailing to Tiffany and Bosco. |
| 6. | Stipulated Order Regarding Motion for Relief signed December 19, 2008. |
| 7. | Amended Stipulated Order Regarding Motion for Relief signed July 20, 2009 |
| 8. | All payment summaries, Excel Spreadsheets and Loan Reconciliation received from Movant's counsel since August 1, 2009. |
| 9. | Letter to Dr. Ladin from Arizona Center for Neurosurgery from February 2008. |
| 10. | "TB Tracking" dated April 5, 2010 as to Nicholas Kleinberg. |
| 11. | Any exhibits listed by the Movant.. |

DATED: January 7, 2011

                                GARY R. STICKELL,
                                ATTORNEY AT LAW, P.C.

                                By:   G.R.S. #7512
                                   Gary R. Stickell
                                   301 E. Bethany Home Road
                                   Suite #B100
                                   Phoenix, Arizona 85012
                                   Attorney for Debtor

Original Electronically
filed January 7, 2011

1  Copies of the foregoing
   mailed January 7, 2011
2  to:

3  Mark S. Bosco
   Leonard McDonald
4  Tiffany & Bosco, P.A.
   2525 E. Camelback Road, Suite 300
5  Phoenix, Arizona 85016
   Attorney for Movant
6

7

8  by: G.R.S. #7512